# UNITED STATES DISTRICT COURT
## FOR THE
### western district of north carolina

FILED
CHARLOTTE, NC

JUN ⁻ 1 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

Stanley Park

v.

Eugene J. Corcoran

Eric Komitee

complaint

No. 3:26-cv-428-MOC

1. defendant ERIC KOMITEE do not dress properly for work

2. Eugene J. Corcoran fail to supervise,

3. The Court intervene.

by Stanley Park